HC-001

Name: CARROLL, TREMAYNE
Address: CCWF, 505-23
P.O. BOX 1508
CHOWCHILLA, CA

CDC or ID Number: WB1153

**FILED**
DEC 27 2021
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

U.S. DISTRICT COURT
~~EASTERN DISTRICT OF CALIFORNIA~~

_____
(Court)

| CARROLL, TREMAYNE |
|---|
| Petitioner |
| vs. |
| WARDEN |
| Respondent |

PETITION FOR WRIT OF HABEAS CORPUS

No. 1:21-cv-1813 HBK (HC)

(To be supplied by the Clerk of the Court)

## INSTRUCTIONS—READ CAREFULLY

- If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.

- If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the superior court, you only need to file the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal, file the original of the petition and one set of any supporting documents.

- If you are filing this petition in the California Supreme Court, file the original and 10 copies of the petition and, if separately bound, an original and 2 copies of any supporting documents.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

**RECEIVED**
DEC 27 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

Approved by the Judicial Council of California for use under rule 8.380 of the California Rules of Court (as amended effective January 1, 2018). Subsequent amendments to rule 8.380 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Page 1 of 6

Form Approved for Optional Use
Judicial Council of California
HC-001 [Rev. January 1, 2019]

**PETITION FOR WRIT OF HABEAS CORPUS**

Penal Code, § 1473 et seq.;
Cal. Rules of Court, rule 8.380
www.courts.ca.gov

HC-001

**This petition concerns:**

- [ ] A conviction
- [ ] Parole
- [ ] A sentence
- [ ] Credits
- [✓] Jail or prison conditions
- [ ] Prison discipline
- [ ] Other (specify): _____

1. Your name: **CARROLL, TREMAYNE**

2. Where are you incarcerated? **CCWF**

3. Why are you in custody? [✓] Criminal conviction   [ ] Civil commitment

   *Answer items a through i to the best of your ability.*

   a. State reason for civil commitment or, if criminal conviction, state nature of offense and enhancements (for example, "robbery with use of a deadly weapon").
   **AIDING GRAND THEFT PROPERTY**

   b. Penal or other code sections: _____

   c. Name and location of sentencing or committing court: **L.A. COUNTY SUPERIOR COURT**

   d. Case number: **BA173778**

   e. Date convicted or committed: **1999**

   f. Date sentenced: **1999**

   g. Length of sentence: **25-TO-LIFE**

   h. When do you expect to be released? **NEVER**

   i. Were you represented by counsel in the trial court? [✓] Yes  [ ] No  *If yes, state the attorney's name and address:*
   **ELLIE MILLER, L.A. PUBLIC DEFENDER**

4. What was the LAST plea you entered? (Check one):
   [✓] Not guilty  [ ] Guilty  [ ] Nolo contendere  [ ] Other: _____

5. If you pleaded not guilty, what kind of trial did you have?
   [✓] Jury  [ ] Judge without a jury  [ ] Submitted on transcript  [ ] Awaiting trial

6. **GROUNDS FOR RELIEF**

HC-001

**Ground 1:** State briefly the ground on which you base your claim for relief. For example, "The trial court imposed an illegal enhancement." *(If you have additional grounds for relief, use a separate page for each ground. State ground 2 on page 4. For additional grounds, make copies of page 4 and number the additional grounds in order.)*

CIVIL RIGHTS VIOLATIONS, HATE CRIMES, ADA DISCRIMINATION, CRUEL AND UNUSUAL PUNISHMENT, RECKLESS ENDANGERMENT AND DELIBERATE INDIFFERENCE

a. Supporting facts:

Tell your story briefly without citing cases or law. If you are challenging the legality of your conviction, describe the facts on which your conviction is based. *If necessary, attach additional pages.* CAUTION: You must state facts, not conclusions. For example, if you are claiming incompetence of counsel, you must state facts specifically setting forth what your attorney did or failed to do and how that affected your trial. Failure to allege sufficient facts will result in the denial of your petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.) A rule of thumb to follow is, *who* did exactly *what* to violate your rights at what time *(when)* or place *(where)*.

I'M FALSELY IMPRISONED IN CDCR. I'VE SERVED OVER (23) YEARS OF 25-TO-LIFE UNDER 3X'S FOR A NON-VIOLENT/NON-SERIOUS AIDING GRAND THEFT PROPERTY IN WHICH THE PERSON I'M ACCUSED OF AIDING DIDN'T DO A SINGLE DAY IN JAIL OR PRISON. UNDER THE CURRENT 3X LAW I WOULDN'T BE ELIGIBLE FOR 25-TO-LIFE SENTENCE BASED ON CHANGE IN LAW. MY TWO PRIOR STRIKES ARE FROM ONE JUVENILE CONVICTION. CDCR WON'T RECOMMEND ME FOR RESENTENCING BASED ON RETALIATION AGAINST ME FOR BEING ARMSTRONG V. NEWSOM WITNESS AND IN DISCRIMINATION FOR ME BEING A BLACK TRANSWOMAN WHO'S WHEELCHAIR BOUND, HEARING AND VISION IMPAIRED. I'M BEING FALSELY IMPRISONED AND TORTURED IN VIOLATION OF TORTURE AND GENEVA CONVENTIONS.

b. Supporting documents:

Attach declarations, relevant records, transcripts, or other documents supporting your claim. (See *People v. Duvall* (1995) 9 Cal. 4th 464, 474.)

ATTACHED, EXHIBITS (A), (B), (C)

c. Supporting cases, rules, or other authority *(optional)*:

(Briefly discuss, or list by name and citation, the cases or other authorities that you think are relevant to your claim. If necessary, attach an extra page.)

MILLER, FRANKLING, PROP. 36, PROP. 57, PROP. 47, VARGAS, CHIU, ALL AIDING LAWS/ NATURAL AND PROBABLE CONSEQUENCE

CDCR LOST ALL DOCUMENTS

HC-001

8. Did you appeal from the conviction, sentence, or commitment? ☐ Yes ☐ No    If yes, give the following information:
   a. Name of court ("Court of Appeal" or "Appellate Division of Superior Court"): _____

   b. Result: _____                                              c. Date of decision: _____

   d. Case number or citation of opinion, if known: _____

   e. Issues raised: (1) _____
                    (2) _____
                    (3) _____

   f. Were you represented by counsel on appeal? ☐ Yes ☐ No   If yes, state the attorney's name and address, if known: _____

9. Did you seek review in the California Supreme Court? ☑ Yes ☐ No   If yes, give the following information:
   a. Result: _____                                              b. Date of decision: _____

   c. Case number or citation of opinion, if known: _____

   d. Issues raised: (1) _____
                    (2) _____
                    (3) _____

10. If your petition makes a claim regarding your conviction, sentence, or commitment that you or your attorney did not make on appeal, explain why the claim was not made on appeal (see *In re Dixon* (1953) 41 Cal.2d 756, 759):
    _____

11. Administrative review:
    a. If your petition concerns conditions of confinement or other claims for which there are administrative remedies, failure to exhaust administrative remedies may result in the denial of your petition, even if it is otherwise meritorious. (See *In re Dexter* (1979) 25 Cal.3d 921, 925.) Explain what administrative review you sought or explain why you did not seek such review:

    APPEALS SYSTEM CORRUPT AND WONT FILE GRIEVANCES

    b. Did you seek the highest level of administrative review available? ☑ Yes ☐ No
       Attach documents that show you have exhausted your administrative remedies. (See *People v. Duvall* (1995) 9 Cal.4th 464, 474.)

12. Other than direct appeal, have you filed any other petitions, applications, or motions with respect to this conviction, commitment, or issue in any court, including this court? (See *In re Clark* (1993) 5 Cal.4th 750, 767–769 and *In re Miller* (1941) 17 Cal.2d 734, 735.)
    ☑ Yes   If yes, continue with number 13.   ☐ No   If no, skip to number 15.

HC-001 [Rev. January 1, 2019]                    **PETITION FOR WRIT OF HABEAS CORPUS**                    Page 5 of 6

CECIL LOST ALL DOCUMENTS

HC-001

13  a.  (1) Name of court: _____
    (2) Nature of proceeding (for example, "habeas corpus petition"): _____
    (3) Issues raised:  (a) _____
                  (b) _____
    (4) Result (attach order or explain why unavailable): _____
    (5) Date of decision: _____

b.  (1) Name of court: _____
    (2) Nature of proceeding: _____
    (3) Issues raised:  (a) _____
                  (b) _____
    (4) Result (attach order or explain why unavailable): _____
    (5) Date of decision: _____

c.  For additional prior petitions, applications, or motions, provide the same information on a separate page.

14. If any of the courts listed in number 13 held a hearing, state name of court, date of hearing, nature of hearing, and result:

15. Explain any delay in the discovery of the claimed grounds for relief and in raising the claims in this petition. (See *In re Robbins* (1998) 18 Cal.4th 770, 780.)

16. Are you presently represented by counsel?  ☐ Yes  ☑ No    If yes, state the attorney's name and address, if known:

17. Do you have any petition, appeal, or other matter pending in any court?    ☐ Yes  ☑ No    If yes, explain:

18. If this petition might lawfully have been made to a lower court, state the circumstances justifying an application to this court:

I, the undersigned, say: I am the petitioner in this action. I declare under penalty of perjury under the laws of the State of California that the foregoing allegations and statements are true and correct, except as to matters that are stated on my information and belief, and as to those matters, I believe them to be true.

Date: 12/20/21

▶ _____ (SIGNATURE OF PETITIONER)

HC-001 [Rev. January 1, 2019]    **PETITION FOR WRIT OF HABEAS CORPUS**    Page 6 of 6

For your protection and privacy, please press the Clear This Form button after you have printed the form.    [Print this form]  [Save this form]    [Clear this form]

7. Ground 2 or Ground _____ (if applicable):

HC-001

HATE CRIME, DISCRIMINATION/RETALIATION, CRUEL & UNUSUAL PUNISHMENT, RECKLESS ENDANGERMENT

a. Supporting facts:

ON 12/05/21, IN CCWF DAYROOM DURING MORNING PROGRAM, I WAS THE VICTIM OF A HATE CRIME AS I WAS PUNCHED IN THE FACE RIGHT BEFORE A CUP OF HOT COFFEE WAS THROWN IN MY FACE COUPLED WITH HOMOPHOBIC SLURS. THIS WAS CAPTURED ON CCWF AUDIO/VISUAL SYSTEM.
ON 12/07/21 DURING MORNING MEAL MOVEMENT, I WAS SNATCHED OUT OF MY WHEELCHAIR AND REPEATEDLY PUNCHED WHILE ENDURING MORE HOMOPHOBIC SLURS. ALL OF THIS WAS CAPTURED ON CCWF AUDIO/VISUAL SYSTEM.
I WAS TOLD THAT THESE ATTACKS WERE ENCOURAGED BY OFFICER HAYNES AND OTHER CCWF STAFF WHO DON'T WANT SB132 INMATE/PATIENTS AT CCWF. THESE CRIMES (HATE CRIMES) AGAINST ME WENT UNPUNISHED AS A RESULT OF CCWF CONDONING THESE FORMS OF ASSAULTS AND VIOLENCE ON A DAILY BASIS. CCWF ALSO CONDONES STAFF MEMBERS BIGOTRY TOWARDS BLACK, LGBTQ, ADA, ETC (MARGINALIZED PEOPLE) WITH NO REPRIMAND.

b. Supporting documents:

CDCR 7219'S, CCWF AVSS (AUDIO/VIDEO SURVEILLANCE SYSTEM.)

c. Supporting cases, rules, or other authority:

HATE CRIME STATUTES

2. Answering Paragraph 2, Defendant admits venue is proper in this Court.

## PARTIES

3. Answering Paragraph 3, Defendant admits the allegations therein.

4. Answering Paragraph 4, Defendant admits the allegations therein.

5. Answering Paragraph 5, Defendant lacks sufficient information or belief with which to admit or deny the allegations therein, and on that basis denies them.

6. Answering Paragraph 6, Defendant admits the allegations therein.

7. Answering Paragraph 7, Defendant lacks sufficient information or belief with which to admit or deny the allegations therein, and on that basis denies them.

8. Answering Paragraph 8, Defendant lacks sufficient information or belief with which to admit or deny the allegations therein, and on that basis denies them.

9. Answering Paragraph 9, Defendant lacks sufficient information or belief with which to admit or deny the allegations therein, and on that basis denies them.

10. Answering Paragraph 10, Defendant admits the allegations therein.

11. Answering Paragraph 11, Defendant admits that on the morning of November 27, 2019, he and a member of the medical or mental health staff approached Plaintiff's cell to provide Plaintiff with incontinence supplies.

12. Answering Paragraph 12, Defendant denies the allegations therein.

13. Answering Paragraph 13, Defendant admits the allegations therein.

14. Answering Paragraph 14, Defendant admits the allegations therein.

✱ 15. Answering Paragraph 15, Defendant admits he and a medical or mental health staff member left Plaintiff's cell after giving him incontinence supplies but denies that they closed the door behind them. Defendant admits that Plaintiff was still handcuffed in the front when they left his cell.

✱ 16. Answering Paragraph 16, Defendant denies that he told Plaintiff that he would be right back and admits that he did not return to Plaintiff's cell. Defendant admits that Plaintiff was left alone handcuffed in his cell in violation of CDCR policy.

2

Answer to Third Amended Compl. (3:20-cv-0079-BAS-RBM)

ROB BONTA
Attorney General of California
MICHELLE DES JARDINS
Supervising Deputy Attorney General
State Bar No. 168079
 600 West Broadway, Suite 1800
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 738-9561
 Fax: (619) 645-2581
 E-mail: Michelle.DesJardins@doj.ca.gov
*Attorneys for Defendant*
*F. Toele*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREMAYNE CARROLL, | 3:20-cv-0079-BAS-RBM |
| Plaintiff, | **DEFENDANT T. TOELE'S ANSWER TO THIRD AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL** |
| v. | |
| C/O TOELE, et al., | Judge:  Hon. Cynthia Bashant |
| Defendants. | Action Filed:  January 10, 2020 |

Defendant T. Toele hereby answers Plaintiff's Third Amended Complaint (ECF No. 27) as follows:

## INTRODUCTION

Answering the paragraph entitled Introduction, Defendant denies the allegations therein.

## JURISDICTION AND VENUE

1. Answering Paragraph 1, Defendant admits jurisdiction is proper in this Court.

///

1

IM THE INMATE/PATIENT SPOKE OF IN THIS ARTICLE ALTHOUGH IM A TRANSWOMAN, NOT A <u>HE</u> AND I HAD THE SEIZURE INSIDE OF THE CELL AND THEY DRUG ME OUT ON MY HEAD. ADDITIONALLY, IM THE PERSON WHO WAS LEFT IN HANDCUFFS FOR (3) DAYS IN RJD AD-SEG IN RETALIATION FOR ME REPORTING BEING THE VICTIM OF EMPLOYEE SEXUAL MISCONDUCT (PREA) AND DISCRIMINATION FOR ME BEING A TRANSWOMAN WHO'S ADA (MOBILITY, HEARING, VISION IMPAIRED). IM ON MY 23RD YEAR OF 25-TO-LIFE FOR NON-VIOLENT/NON-SERIOUS AIDING GRAND THEFT PROPERTY UNDER 3X'S, THOUGH MY TWO PRIOR STRIKES ARE FROM ONE JUVENILE CONVICTION. I NEED ADVOCACY, OUTRAGE, REPRESENTATION. LOOK UP MY SITUATION UNDER ARMSTRONG V. NEWSOM AND CARROLL V. C/O TOELE, ET. AL EMAIL ME VIA JPAY.COM

TREMAYNE CARROLL # WB1153

CDCR WONT RECOMMEND ME FOR 1170 RECALL OF SENTENCING BASED ON THE ABOVE (CHANGE IN 3X LAW QUALIFIES ME)

## Court orders use of body cams in prisons

**Associate Editor**

A federal court has expanded a mandate that requires California Department of Corrections and Rehabilitation (CDCR) officers to wear body cameras.

"The court originally only applied to the Richard J. Donovan Correctional Facility," the *Sacramento Bee* reported. Later, the court expanded its order to five prisons to include funding, the expansion of body worn cameras, and fixed cameras in various institutions," the *Bee* reported.

In late 2020, U.S. District Judge Claudia Wilken granted injunctive relief to prisoners and ordered correctional officers at the R.J. Donovan State Prison, Corcoran; and California State Prison, Los Angeles.

Earlier this year, the State Legislature added $90.6 million to the budget, which is earmarked to cover the cost of security and body cameras at all five prisons, according to the *Bee*.

Gov. Gavin Newsom signed the budget in July.

CDCR spokeswoman Vicky Waters said the department "is fully committed to transparency and accountability, and we want to thank the administration and the Legislature for their credibility to the inmates' declarations ... that staff at RJD targeted class members and other vulnerable inmates for physical and other forms of abuse," it was reported.

"One 47-year-old inmate had a seizure outside his cell at the Richard J. Donovan Correctional Facility," the *Bee* reported. "He later woke up to find that his wrists and ankles hurt badly. He alleged in his complaint that officers has stomped on his ankles and stepped on his hands before dragging him out of his cell."

Oversight by the Office of Inspector General (OIG) found CDCR wardens were unwilling to standardize its disciplinary decisions in all 35 of its prisons after the department launched a new internal investigation system in 2017, which cost around $1 million.

In the five-month period between April and August 2020, CDCR prisoners filed more than 50,000 grievances, the OIG reported. Wardens found 2,339 of those to be allegations of staff misconduct, but only 541 were referred to the statewide system.

Part of the new budget requires CDCR to create a centralized screening practice for staff misconduct complaints, instead of individual prisons carrying out this function. One goal is to create uniformity in handling grievances alleging staff misconduct.

"Cameras are not only deterrents of illicit activity or misconduct," said Waters, "they can help with the ability to conduct after-the-fact reviews and investigations of incidents."

The injunction came in the wake of a lawsuit filed at the prison which revealed evidence that officers had physically assaulted a disabled class of inmates on a routine basis.

More than 100 prisoners signed declarations stating staff used unnecessary and excessive force against prisoners with disabilities at the R.J. Donovan prison.

"The court finds that this high incidence of incidents involving the class members tends to give additional

PLEASE EMAIL THE FOLLOWING ON MY BEHALF

- CDCR SECRETARY KATHLEEN ALISON
- L.A. DISTRICT ATTORNEY GEORGE GASCON
- CALIFORNIA GOVERNOR GAVIN NEWSOM
- VICE PRESIDENT KAMALA HARRIS
- ATTORNEY VAN JONES
- L.A. TIMES
- SACRAMENTO BEE
- KIM KARDASHIAN

---

## CERTIFICATE OF SERVICE

Case Name: Tremayne Carroll v. Toele, et al.
USDC Southern District Case No.: 3:20-cv-00079-BAS-RBM

I hereby certify that on April 27, 2021, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANT T. TOELE'S ANSWER TO THIRD AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on April 27, 2021, at San Diego, California.

| Declarant | Signature |
|---|---|
| T. Zendejas | |

SD2021800794
82836966.docx

STATE OF CALIFORNIA                                                   DEPARTMENT OF CORRECTIONS AND REHABILITAT[ION]
GRIEVANCE
CDCR 602-1 (03/20)                                                                                              Page 1 o[f]

| STAFF USE ONLY | Grievance #: _____ Date Received: _____ |
|---|---|
| | Date Due: _____ |
| | Categories: _____ |

*This is the process to ask for help with a complaint.*

Claimant Name: __CARROLL, T.__  CDCR #: __WB1153__  Current Housing/Parole Unit: __505__
Institution/Facility/Parole Region: __CCWF__

In order for the Department to understand your complaint, make sure you have answered t[he] following questions:

- What is the nature of your complaint?
- When and where did the complaint occur?
- Who was involved?
- Which specific people can support your complaint?
- Did you try to informally resolve the complaint?
- What rule or policy are you relying on to make your complaint?
- Are there documents that would be helpful to support your position? List the documents if you do not have the[m]. Please note that documents submitted with this form will not be returned.
- What specific action would resolve your complaint?

THE "GREEN WALL" AT CCWF IS WORKING IN CONCERT WITH THE "GREEN WALL" THROUGHOUT CDCR TO RETALIATE AGAINST ME FOR BEING AN ARMSTRONG WITNESS AGAINST CDCR, THAT THEY COULD PUT A NAME/FACE/# TO, THAT LED TO MULTIPLE CDCR FACILITIES HAVING TO INCORPORATING THE WEARING OF BODY-CAMS BY STAFF. IM ALSO CONTINUOUSLY RETALIATED AGAINST FOR REPORTING BEING THE VICTIM OF EMPLOYEE SEXUAL MISCONDUCT, FOR MY CIVIL CASE AGAINST CDCR FOR HATE CRIMES AGAINST ME AND FOR LEAVING ME HANDCUFFED IN A CELL FOR (3) DAYS, HAVING MY HEAD BASHED IN WITH A BOULDER, STOMPIN[G] ON MY HANDS/WRISTS AFTER I HAD A SEIZURE, ETC. IM CONTINUOUSLY DISCRIMINATED AGAINST FOR BEING BLACK, TRANSGENDER, HEARING/MOBILITY/ VISION/MENTALLY DISABLED (ADA INMATE/PATIENT). ITS IMPOSSIBLE FOR ME TO BE FREE OF THIS SYSTEMIC RETALIATION, DISCRIMINATION, CRUEL/ UNUSUAL PUNISHMENT, DELIBERATE INDIFFERENCE, RECKLESS ENDANGERMEN[T] PHYSICAL/SEXUAL/PSYCHOLOGICAL TORTURE THAT EFFECTS MY ABILITY TO HAVE POSITIVE PROGRAMMING OPPORTUNITIES TO BE FOUND SUITABLE FOR PAROLE, TO GET EQUAL/FAIR TREATMENT, TO GET ADEQUATE MEDICAL AN[D] MENTAL HEALTH TREATMENT, TO HAVE ACCESS TO COURTS, ETC. WHILE ALL CDCR STAFF OBVIOUSLY ARENT OFFICIALLY "GREEN WALL", BUT THE "GREEN WALL" LABELING ME "ENEMY OF THE STATE" AND FALSELY LABELING M[E]

DISTRIBUTION     Original: Offender's File     Copies: DAI, DAPO, and Offender

A SEX OFFENDER, IM CONSTANTLY UNDER ATTACK BY 95% OF STAFF AND INMATES. AS A RESULT, I SUFFER INTENDED AND UNINTENDED CONSEQUENCES SUCH AS RECEIVING FALSIFIED RVRS AUTHORED BY KNOWN "GREEN WALL" MEMBERS AND FOUND GUILTY BY STAFF MEMBERS WHO MAY OR MAY NOT BE "GREEN WALL" WHO ARE EITHER AFRAID TO PARTICIPATE IN BUDDY SYSTEM POLITICS AND/OR HAPPY TO DO SO. I SUFFER THE SAME RETALIATION/DISCRIMINATION IF I PUT AN 1824 FORM IN, A COPAY, FILE A 602, TRY TO GET A JOB/ASSIGNMENT/GROUP, TRY TO GET ASSISTANCE WITH LAUNDRY/CLEANING ROOM OR SHOWERS/BEING PUSHED UP HILL THATS IMPOSSIBLE FOR ME TO CLIMB PAIN FREE (THATS ALSO OUT-OF-COMPLIANCE WITH ADA GUIDELINES, 505-CCWF), ETC. IN THIS CONTINUED RETALIATION/DISCRIMINATION, CCWF REFUSED TO GIVE ME A 1083 UPON ARRIVING HERE IN ORDER TO STEAL MY CHAIN/CROSS AND WATCH AND ALL OF MY PROPERTY/PACKAGE RECEIPTS—THEN REFUSE TO COMPENSATE ME BY STATING I HAVE NO RECEIPTS TO DENY MY RIGHTS AND COVER-UP THE FACT CCWF STAFF STOLE MY PROPERTY. CCWF INCLUDED MCIC ASSIST IN THIS COVER-UP/CODE-OF-SILENCE, KNOWING MCIC/MCSP WOULDNT HAVE EVEN DOCUMENTED MY CHAIN/CROSS AND WATCH ON MY 1083 IF I DIDNT HAVE RECEIPTS FOR THEM. MY EVERY EFFORT TO PROGRAM AND GET FAIR TREATMENT IS CONSTANTLY MET WITH CONVENIENT EXCUSES FOR WHY IM DENIED MY RIGHTS, JOBS, ETC. IM THE ONLY PERSON HOUSED ON A QUARANTINE HALL (SOS-C) WHO'S GOING TO CONTINUOUSLY BE EXPOSED TO COVID EACH TIME CCWF PLACES SOMEONE ON C-HALL WHO'S BEEN EXPOSED AND/OR HAVE A POSITIVE COVID TEST. I RECEIVED THIS SAME TREATMENT IN 503—BEING THE ONLY INMATE/PATIENT CONSTANTLY EXPOSED. IM CONSTANTLY AND INTENTIONALLY ADDRESSED WITH THE WRONG PRONOUNS. CCWF DOESNT WANT SB132 PEOPLE SO MY COMPLAINTS ARE MET WITH DISRESPECT AND DISREGARD, KNOWING THERE WILL BE NO REPRIMAND OR CONSEQUENCE DUE TO THE CODE-OF-SILENCE BE ENCOURAGED BY CCWF/CDCR/CCPOA/AND THE GREEN WALL. I DO NOT WISH TO BE INTERVIEWED BY ISU, AS THEY ARE GREEN WALL COVER-UP AND WILL ONLY BE INTERVIEWED WITH MY ATTORNEYS PRESENT.

**Reminder:** Please attach all documents in your possession that support your claim(s).

Please note that this form and supporting documents will not be returned to you.

**Claimant Signature:** _____   **Date Signed:** _____

**DISTRIBUTION**   Original: Offender's File   Copies: DAI, DAPO, and Offender

