## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**TREMAYNE CARROLL,**

CASE NO: **1:21–CV–01813–JLT–HBK**

v.

**WARDEN,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 05/23/2022**

**Keith Holland**
Clerk of Court

ENTERED: **May 23, 2022**

by: /s/ E. Flores
Deputy Clerk